## SUPREME COURT.

RICHARD B. KELLY, appellant, agt. EDWARD M. PLUM and another.

*Costs — when general, and by whom adjusted.*

When, upon an appeal to the court of appeals, from an order of the general term, the order is affirmed with costs, the costs of the appeal are general costs, and are to be adjusted by the clerk.

*New York Circuit, part* III.

MOTION for a new trial on the minutes.

*H. H. Morange,* for motion.

*Wm. F. MacRae,* opposed.

VAN VORST, *J.* — The undertaking executed by the defendants, and upon which they are prosecuted, was given on appeal to the court of appeals, from an order made by the general term of this court.

By this undertaking, the defendants obligated themselves to pay all costs and damages, which might be awarded against the appellant on such appeal. The court of appeals affirmed the order appealed from *with costs.* These costs have been adjusted by the clerk of the court at $106.60.

As those costs awarded by the court of appeals are general costs ( *White* agt. *Anthony,* 23 *N. Y.,* 164), they could only be properly adjusted by the clerk (*Code, sec.* 311).

This disposes of the only question, necessary to be discussed on this motion, and the same is denied with costs.